1 | JEFFER MANGELS BUTLER & MITCHELL LLP
ROD S. BERMAN (Bar No. 105444), rxb@jmbm.com
2 | JESSICA C. BROMALL (Bar No. 235017), jzb@jmbm.com
1900 Avenue of the Stars, Seventh Floor
3 | Los Angeles, California  90067-4308
Telephone:  (310) 203-8080
4 | Facsimile:  (310) 203-0567

E-FILED 04/16/13
JS-6

5 | Attorneys for Plaintiff PARTY WORLD BOUNCERS,
INC. d/b/a PARTY ON RENTALS, a California
6 | corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| PARTY WORLD BOUNCERS, INC. d/b/a PARTY ON RENTALS, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>MAGIC JUMP RENTALS, INC., a California corporation; ARTHUR BAGUMYAN, an individual; ANDRANIK BAGUMYAN, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  CV12-08274 PSG (PLAx)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**; ORDER |
|---|---|

1  Counsel for plaintiff Party World Bouncers, Inc. d/b/a Party On Rentals, and
2  defendants Magic Jump Rentals, Inc., Arthur Bagumyan, and Andranik Bagumyan,
3  through their designated counsel of record, hereby stipulate that the Complaint in the
4  above-entitled action be and hereby is dismissed with prejudice pursuant to Fed. R.
5  Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

7  IT IS SO STIPULATED.

9  Respectfully submitted,

11 DATED: April 15, 2013          JEFFER MANGELS BUTLER & MITCHELL LLP
                                  ROD S. BERMAN
12                                JESSICA C. BROMALL

13                                By: /S/ JESSICA C. BROMALL
14                                        JESSICA C. BROMALL

15                                Attorneys for Plaintiff PARTY WORLD
                                  BOUNCERS, INC. d/b/a PARTY ON RENTALS

17 DATED: April 15, 2013          LOZA & LOZA, LLP

19                                By: /S/ CHRISTINA S. LOZA
                                          CHRISTINA S. LOZA
20                                Attorneys for Defendants

**IT IS SO ORDERED.**

**DATED:** 04/16/13

[signature]

**U.S. DISTRICT JUDGE**